Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–11240–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| David Ventura | Suzanne Ventura |
| 2319 Forest Circle | 2319 Forest Circle |
| Toms River, NJ 08755–0980 | Toms River, NJ 08755–0980 |

Social Security No.:
  xxx–xx–2025                                                        xxx–xx–3528

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 8, 2017.

On May 24, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:           July 9, 2019
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 28, 2019
JAN: pbf

Jeanne Naughton
Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                    Case No. 17-11240-MBK
David Ventura                                                             Chapter 13
Suzanne Ventura
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2       Date Rcvd: May 28, 2019
                              Form ID: 185                 Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db/jdb         David Ventura,    Suzanne Ventura,    2319 Forest Circle,    Toms River, NJ 08755-0980
516603003      Alltran Financial LLP,    PO Box 4044,    Concord, CA 94524-4044
516603004     +Barclay Card,    PO Box 1337,    Philadelphia, PA 19105
516603007    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citi Cards,    PO Box 183113,    Columbus, OH 43218-3113)
516828235      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516603008     +Client Services,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
516603009     +Credit Control LLC,    PO Box 31179,    Tampa, FL 33631-3179
516828716      Department Store National Bank,     c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA 98083-0657
516603013     +Firstsource Advantage,    205 Bryant Woods South,    Buffalo, NY 14228-3609
516603017      Macys,   PO Box 9001094,    Louisville, KY 40290-1094
517115140    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
516804334     +TD Bank, N.A.,    PO Box 16029,    Lewiston, ME 04243-9507
516807723     +TD Bank, NA,   30 Montgomery St., Ste. 1205,    Jersey City, NJ 07302-3835
516603020    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,    4 Gatehall Drive Ste 350,
                Parsippany, NJ 07054)
517771338      Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516648447     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 29 2019 00:31:44     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 29 2019 00:31:41     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516762722      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 29 2019 00:37:51
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK 73124-8838
516603005     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 29 2019 00:37:39     Capital One Bank,
                PO Box 71083,    Charlotte, NC 28272-1083
516808709     +E-mail/Text: bankruptcy@cavps.com May 29 2019 00:32:00     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516603010     +E-mail/Text: mrdiscen@discover.com May 29 2019 00:30:54     Discover,    PO Box 71084,
                Charlotte, NC 28272-1084
516612457      E-mail/Text: mrdiscen@discover.com May 29 2019 00:30:54     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516603011      E-mail/Text: bankruptcy.bnc@ditech.com May 29 2019 00:31:19     Ditech Financial,    PO Box 6172,
                Rapid City, SD 57709-6172
516853825      E-mail/Text: bankruptcy.bnc@ditech.com May 29 2019 00:31:19
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
516603012      E-mail/Text: bknotice@ercbpo.com May 29 2019 00:31:48     ERC,    PO Box 23870,
                Jacksonville, FL 32241-3870
516603014     +E-mail/Text: fggbanko@fgny.com May 29 2019 00:30:57     Forster. Garbus & Garbus,
                7 Banta Place,    Hackensack, NJ 07601-5604
516603015      E-mail/Text: cio.bncmail@irs.gov May 29 2019 00:31:07     Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
516603016      E-mail/Text: bncnotices@becket-lee.com May 29 2019 00:30:58     Kohls,    PO Box 2893,
                Milwaukee, WI 53201-2983
516736905      E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2019 00:37:27     LVNV Funding LLC,
                c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516858253      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2019 00:37:22
                Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
516858799      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2019 00:37:43
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                Norfolk VA 23541
516603018      E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 00:37:58     SYNCB,    PO Box 965060,
                Orlando, FL 32896-5060
516603019      E-mail/Text: bankruptcy@td.com May 29 2019 00:31:47     TD Bank,    PO box 84037,
                Columbus, GA 31908-4037
                                                                                             TOTAL: 18
```

```
District/off: 0312-3          User: admin             Page 2 of 2          Date Rcvd: May 28, 2019
                              Form ID: 185            Total Noticed: 34

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516603006*      +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
516603021*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit,    4 Gatehall Drive Ste 350,
                  Parsippany, NJ 07054)
518173883*      Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
516648520*     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013
                                                                                TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James J. Cerbone    on behalf of Joint Debtor Suzanne   Ventura cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          James J. Cerbone    on behalf of Debtor David   Ventura cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 9
```