JAMES J. CERBONE, ESQUIRE - 4036
2430 HIGHWAY 34
BUILIDNG B, SUITE 22
WALL, NJ 08736
(732) 681-6800
Attorney for Debtor

**Order Filed on June 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

**DAVID & SUZANNE VENTURA**     CHAPTER 13
                                CASE NO.:  17-11240/MBK

DEBTORS

### ORDER AUTHORIZING CHAPTER 13 TRUSTEE TO PAY LATE FILED PRIORITY, UNSECURED CLAIM OF STATE OF NEW JERSEY

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: June 26, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtors: David & Suzanne Ventura

Case Number: 17-11240

Caption of Order:  Order Allowing Chapter 13 Trustee to pay late filed priority claim of State of New Jersey

**THIS MATTER,** being brought, before this court by James J. Cerbone, P.C. attorney for Debtors, upon reading documents submitted and good cause being shown:

**ORDERED** that the Chapter 13 Trustee is to pay the late filed priority, unsecured claim of State of New Jersey, claim number 14-1, in the amount of $1076.44.