JAMES J. CERBONE, ESQUIRE - 4036
2430 HIGHWAY 34
BUILIDNG B, SUITE 22
WALL, NJ 08736
(732) 681-6800
Attorney for Debtor

**Order Filed on June 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

**DAVID & SUZANNE VENTURA**  CHAPTER 13
CASE NO.:  17-11240/MBK

DEBTORS

### ORDER AUTHORIZING CHAPTER 13 TRUSTEE TO PAY LATE FILED PRIORITY, UNSECURED CLAIM OF STATE OF NEW JERSEY

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: June 26, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtors: David & Suzanne Ventura

Case Number: 17-11240

Caption of Order: Order Allowing Chapter 13 Trustee to pay late filed priority claim of State of New Jersey

**THIS MATTER,** being brought, before this court by James J. Cerbone, P.C. attorney for Debtors, upon reading documents submitted and good cause being shown:

**ORDERED** that the Chapter 13 Trustee is to pay the late filed priority, unsecured claim of State of New Jersey, claim number 14-1, in the amount of $1076.44.

United States Bankruptcy Court
District of New Jersey

In re:  
David Ventura  
Suzanne Ventura  
       Debtors

Case No. 17-11240-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 27, 2019  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2019.  
db/jdb       David Ventura,   Suzanne Ventura,   2319 Forest Circle,   Toms River, NJ  08755-0980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2019 at the address(es) listed below:

         Albert   Russo    docs@russotrustee.com  
         Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation  
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Denise E. Carlon     on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         James J. Cerbone     on behalf of Joint Debtor Suzanne   Ventura cerbonelawfirm@aol.com,  
          cerbonejr83307@notify.bestcase.com  
         James J. Cerbone     on behalf of Debtor David   Ventura cerbonelawfirm@aol.com,  
          cerbonejr83307@notify.bestcase.com  
         Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation  
          rsolarz@kmllawgroup.com  
         Rebecca Ann Solarz     on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                           TOTAL: 9